# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOJTOWICZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-1138- JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Robert Wojtowicz seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying his application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). However, the affidavit submitted by Plaintiff was not signed. (*See* Doc. 2 at 1) In addition, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff has not been employed since April 2014, but his wife's income is approximately $1,900 per month. (Doc. 2 at 1-2) Plaintiff has not provided any information regarding the household expenses—such as mortgage or rent payments, food, or clothing—such that the Court may find this income renders him unable to pay the filing fee.

///

Therefore, Plaintiff is **ORDERED** to file, within fourteen days of this order, a signed application that includes additional information regarding the household expenses. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **August 22, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE