# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOJTOWICZ, | Case No.: 1:19-cv-01138 - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 13) |
| Defendant. | |

On February 5, 2020, the parties stipulated for Plaintiff to have an extension of thirty days to serve his confidential letter brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 7-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve his letter brief no later than **March 6, 2020**.

IT IS SO ORDERED.

Dated: **February 6, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE