# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOJTOWICZ, | ) Case No.: 1:19-cv-1138 - JLT |
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 10, 2020 |
| v. | ) (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

The Court ordered Plaintiff to show cause why sanctions should not be imposed for the failure to comply with the deadline to serve a confidential letter brief and file proof of service with the Court. (Doc. 15) The same day, Plaintiff filed a proof of service which indicated the Commissioner had been served with his confidential brief. (Doc. 16) Accordingly, the order to show cause dated March 10, 2020 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **March 12, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE