**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT WOJTOWICZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-1138 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

Plaintiff seeks an extension of time to file his opening brief in the action, requesting the deadline be extended by thirty days to June 10, 2020.  (Doc. 19)  Defendant does not oppose the requested extension.  (*Id.* at 2)  Based upon the information provided and good cause appearing, the Court **ORDERS**:

　　1.　　The request for an extension of time (Doc. 19) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file her opening brief no later than **June 10, 2020**.

IT IS SO ORDERED.

　Dated:　**May 12, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1