# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOJTOWICZ, )<br>          Plaintiff, )<br>      v. )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>          Defendant. ) | Case No.: 1:19-cv-1138 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 21) |

On June 9, 2020, the parties stipulated for Plaintiff to have an additional extension of time to file an opening brief. Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. (Doc. 5 at 3) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*) This is now the third extension requested by Plaintiff by stipulation. (*See* Doc. 13, 19, 21) Thus, the Court construes to be a motion to amend the Court's scheduling order. (*See id.*)

Jonathan Pena, counsel for Plaintiff, asserts the additional time is necessary because he "is operating with very limited staff" because "COVID-19 has taken a toll on the regular course of business within Counsel's office." (Doc. 21 at 1) In addition, Mr. Pena reports he has many administrative hearings and appointments with claimants each week, as well as ten opening briefs to prepare during the week of June 7, 2020. (*Id.* at 2) Mr. Pena notes the Commissioner does not oppose the requested extension and stipulated to it on June 8, 2020. (*Id.* at 2-3) Further, it does not appear the

Commissioner would suffer any prejudice as a result of the additional extension of time.  Accordingly, the Court **ORDERS**:

    1.    The request for a third extension of time (Doc. 21) is **GRANTED**;

    2.    Plaintiff **SHALL** file an opening brief no later than **June 24, 2020**; and

    3.    Plaintiff is informed that no further extensions of time will be granted for service of this brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated:   **June 15, 2020**                         **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE