# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOJTOWICZ, | Case No.: 1:19-cv-01138- JLT |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND SETTING BRIEFING SCHEDULE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Robert Wojtowicz seeks an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 31) To date, the commissioner has not filed an opposition to the motion or a notice of non-opposition to the fee request. Accordingly, the Court **ORDERS**:

    1.    The Commissioner SHALL file a response to Plaintiff's motion for attorney fees within fourteen days of the date of service of this order; and

    2.    Any reply by Plaintiff SHALL be filed within seven days of the date of service of an opposition by the Commissioner.

IT IS SO ORDERED.

Dated:   **May 19, 2021**             **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE